```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 03889
   TRICIA A LOPEZ
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-5252
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/02/04 and confirmed on 03/26/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 36250.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE FSB | CURRENT MORTG | .00 | .00 | .00 |
| WEST SUBURBAN BANK | SECURED | 20145.48 | 2137.91 | 20145.48 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 371.42 | 21.74 | 371.42 |
| EQUIFAX RISK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3308.58 | 191.84 | 3308.58 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 400.00 | 32.01 | 400.00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 2953.07 | 171.26 | 2953.07 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | .00 | .00 | .00 |
| WEST SUBURBAN BANK | COST OF COLLE | 2799.97 | .00 | 2799.97 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20145.48 | 2799.97 | 7033.07 | .00 | 29978.52 |
| PRINCIPAL PAID | 20145.48 | 2799.97 | 7033.07 | .00 | 29978.52 |
| INTEREST PAID | 2137.91 | .00 | 416.85 | .00 | 2554.76 |
| TOTAL PAID | 22283.39 | 2799.97 | 7449.92 | .00 | 32533.28 |

The Debtor's attorney, ROBERT N HONIG                 , was allowed $ 3250.00 and was paid $ 1100.00 direct and $ 2150.00 through the plan.

The Trustee received $ 1564.95 .

Refunds to the Debtor totaled $     1.77 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 11/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE